Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–16700–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Thomas Sabo
3419 Quaker St
Wall, NJ 07719–4738

Social Security No.:
xxx–xx–4089

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:    5/15/18
Time:    10:00 AM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Straffi Straffi, Attorney for Debtor

COMMISSION OR FEES
$4,500.00

EXPENSES
$400.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: April 18, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-16700-MBK
Thomas Sabo                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Apr 18, 2018
                              Form ID: 137             Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2018.
```
db             Thomas Sabo,    3419 Quaker St,    Wall, NJ 07719-4738
517435771      Amex,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
517435770      Amex,    Correspondence,    PO Box 981540,    El Paso, TX 79998-1540
517435772      At&T Universal Citi Card,    PO Box 6500,    Sioux Falls, SD 57117-6500
517435776     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk of Amer,    PO Box 982238,    El Paso, TX 79998-2238)
517435773     #Bank of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
517435774      Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517435775      Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
517435778    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238-1119)
517435777      Capital One,    Attn: General Correspondence/Bankruptcy,    PO Box 30285,
                Salt Lake City, UT 84130-0285
517435779      Citi,    PO Box 6190,    Sioux Falls, SD 57117-6190
517435780      Comenity Bank/Express,    PO Box 182789,    Columbus, OH 43218-2789
517435781      Comenity Bank/Express,    Attn: Bankruptcy,    PO Box 182125,    Columbus, OH 43218-2125
517435782      Comenity Bank/Mandees,    PO Box 182125,    Columbus, OH 43218-2125
517435783      Costco Go Anywhere Citicard,    Centralized Bk/Citicorp Credit Card Srvs,    PO Box 790040,
                Saint Louis, MO 63179-0040
517435784     +Credit First N A,    6275 Eastland Rd,    Brook Park, OH 44142-1399
517435785      Credit First National Assoc,    Attn: BK Credit Operations,    PO Box 81315,
                Cleveland, OH 44181-0315
517435790      Dsnb Macys,    PO Box 8218,    Mason, OH 45040-8218
517435791      Homeprjvisa,    Des Moines, IA 50306
517435793      KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517435796      Mandees,    401 Hackensack Ave,    Hackensack, NJ 07601-6411
517435797      Sears/Cbna,    PO Box 6283,    Sioux Falls, SD 57117-6283
517435799     +State of NJ Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
517435816    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    PO Box 8026,
                Cedar Rapids, IA 52408-8026)
517435812      Target,    C/O Financial & Retail Srvs Mailstopn BT,    PO Box 9475,
                Minneapolis, MN 55440-9475
517435813      Target Nb,    PO Box 673,    Minneapolis, MN 55440-0673
517435815      Toyota Motor Credit,    PO Box 9786,    Cedar Rapids, IA 52409-0004
517435817      Unvl/citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
517435818      Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
517435819     +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                Weldon Springs, MO 63304-2225
517435820      Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
                Mason, OH 45040-8053
517435821      Wells Fargo Bank,    PO Box 10438,    Des Moines, IA 50306-0438
517435822     +Wells Fargo Bank, NA,    3476 Stateview Blvd, MAC# X7801-013,    Fort Mill, SC 29715-7200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 18 2018 23:14:52     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2018 23:14:48     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
lm            +E-mail/Text: jennifer.chacon@spservicing.com Apr 18 2018 23:16:08
                Select Portfolio Servicing,    3217 Decker Lake Drive,    Salt Lake City, UT 84119-3284
517435767      E-mail/Text: ally@ebn.phinsolutions.com Apr 18 2018 23:13:58     Ally Financial,
                Attn: Bankruptcy,    PO Box 380901,    Bloomington, MN 55438-0901
517435768      E-mail/Text: ally@ebn.phinsolutions.com Apr 18 2018 23:13:58     Ally Financial,
                PO Box 380902,    Bloomington, MN 55438-0902
517435769      E-mail/Text: ally@ebn.phinsolutions.com Apr 18 2018 23:13:58     Ally Financial,
                200 Renaissance Ctr,    Detroit, MI 48243-1300
517435786      E-mail/PDF: creditonebknotifications@resurgent.com Apr 18 2018 23:12:36      Credit One Bank NA,
                PO Box 98873,    Las Vegas, NV 89193-8873
517435787      E-mail/PDF: creditonebknotifications@resurgent.com Apr 18 2018 23:12:09      Credit One Bank NA,
                PO Box 98875,    Las Vegas, NV 89193-8875
517435789      E-mail/PDF: pa_dc_ed@navient.com Apr 18 2018 23:12:10     Dept of Ed/Navient,
                Attn: Claims Dept,    PO Box 9635,    Wilkes Barre, PA 18773-9635
517435788      E-mail/PDF: pa_dc_ed@navient.com Apr 18 2018 23:12:11     Dept of Ed/Navient,    PO Box 9635,
                Wilkes Barre, PA 18773-9635
517435792      E-mail/Text: cio.bncmail@irs.gov Apr 18 2018 23:14:17     Internal Revenue Service,
                PO Box 7346,    Special Procedures Branch, Bky Sec.,    Philadelphia, PA 19101-7346
517435794      E-mail/Text: bnckohlsnotices@becket-lee.com Apr 18 2018 23:14:07     Kohls/Capital One,
                Kohls Credit,    PO Box 3043,    Milwaukee, WI 53201-3043
517435795     +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 18 2018 23:14:07     Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517435798     +E-mail/Text: jennifer.chacon@spservicing.com Apr 18 2018 23:16:08
                Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Apr 18, 2018
                              Form ID: 137             Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517435802       E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2018 23:12:24      Syncb/Old Navy,    PO Box 965005,
                 Orlando, FL   32896-5005
517435803       E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2018 23:11:58      Syncb/Pc Richard,    C/o,
                 PO Box 965036,    Orlando, FL   32896-5036
517435805       E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2018 23:11:58      Syncb/Walmart,    PO Box 965024,
                 Orlando, FL   32896-5024
517435800       E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2018 23:11:58      Syncb/jc Penney Dc,
                 PO Box 965007,    Orlando, FL   32896-5007
517435801       E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2018 23:12:23      Syncb/lowes,    PO Box 965005,
                 Orlando, FL   32896-5005
517435804       E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2018 23:11:58      Syncb/tjx Cos,    PO Box 965005,
                 Orlando, FL   32896-5005
517437915      +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2018 23:11:35      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517435806       E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2018 23:12:23      Synchrony Bank/ Jc Penney,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL   32896-5060
517435807       E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2018 23:12:23      Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL   32896-5060
517435808       E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2018 23:12:23      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL   32896-5060
517435809       E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2018 23:12:23      Synchrony Bank/Pc Richards & Sons,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL   32896-5060
517435810       E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2018 23:12:23      Synchrony Bank/Tjx,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL   32896-5060
517435811       E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2018 23:11:58      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL   32896-5060
517435814      +E-mail/Text: bankruptcy@td.com Apr 18 2018 23:14:59      Td Bank N.A.,    1100 Lake St,
                 Ramsey, NJ 07446-1275
517435819      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 18 2018 23:13:52
                 Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
517435818       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 18 2018 23:13:52
                 Verizon,    500 Technology Dr,   Weldon Spring, MO   63304-2225
                                                                                              TOTAL: 30

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2018 at the address(es) listed below:
              Albert Russo     docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Thomas Sabo bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;bkclient@straffilaw.com;familyclient@straffilaw.com
              Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as Trustee, et al...
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```