UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI, LLC
670 Commons Way
Toms River, NJ 08753
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Debtor(s)

Order Filed on May 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sabo, Thomas

Case No.:        18-16700

Hearing Date:    5/15/18 @ 10:00 am

Judge:           MBK

Chapter:         13

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 16, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Straffi & Straffi, LLC | $4,500.00 | $400.00 |

$3,430.00 of fees to be paid through plan
$1,070.00 of fees to be paid outside the plan
$400.00 of expenses to be paid outside the plan

*rev.8/1/15*