UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

STRAFFI & STRAFFI, LLC
670 Commons Way
Toms River, NJ 08753
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Debtor(s)

In Re:

Sabo, Thomas

**Order Filed on May 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-16700

Hearing Date: 5/15/18 @ 10:00 am

Judge: MBK

Chapter: 13

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 16, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Straffi & Straffi, LLC | $4,500.00 | $400.00 |

$3,430.00 of fees to be paid through plan
$1,070.00 of fees to be paid outside the plan
$400.00 of expenses to be paid outside the plan

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-16700-MBK
Thomas Sabo                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1             Date Rcvd: May 17, 2018
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
db              Thomas Sabo,    3419 Quaker St,    Wall, NJ   07719-4738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Thomas   Sabo bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;bkclient@straffilaw.com;familyclient@straffilaw.com
              Denise E. Carlon    on behalf of Loss Mitigation    Select Portfolio Servicing
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as Trustee, et al...
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                        TOTAL: 5