Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–16700–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Thomas Sabo
3419 Quaker St
Wall, NJ 07719–4738

Social Security No.:
xxx–xx–4089

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/7/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 8, 2019
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-16700-MBK
Thomas Sabo                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Aug 08, 2019
                              Form ID: 148             Total Noticed: 78

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2019.
```
db            Thomas Sabo,    3419 Quaker St,    Wall, NJ 07719-4738
517435779     Citi,    PO Box 6190,    Sioux Falls, SD 57117-6190
517435783     Costco Go Anywhere Citicard,    Centralized Bk/Citicorp Credit Card Srvs,    PO Box 790040,
               Saint Louis, MO 63179-0040
517549828    +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
               Sioux Falls, SD 57104-0493
517984283     Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA 98083-0657
517435791     Homeprjvisa,    Des Moines, IA 50306
517435793     KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517435796     Mandees,    401 Hackensack Ave,    Hackensack, NJ 07601-6411
517589519    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
               Trenton, NJ 08695-0245)
517435799    +State of NJ Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
517525985    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517435820     Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
               Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2019 00:02:44      U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2019 00:02:40      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
lm           +E-mail/Text: jennifer.chacon@spservicing.com Aug 09 2019 00:03:36
               Select Portfolio Servicing,    3217 Decker Lake Drive,    Salt Lake City, UT 84119-3284
517462262     EDI: GMACFS.COM Aug 09 2019 03:38:00      Ally Capital,    PO Box 130424,
               Roseville MN 55113-0004
517435767     EDI: GMACFS.COM Aug 09 2019 03:38:00      Ally Financial,    Attn: Bankruptcy,   PO Box 380901,
               Bloomington, MN 55438-0901
517435768     EDI: GMACFS.COM Aug 09 2019 03:38:00      Ally Financial,    PO Box 380902,
               Bloomington, MN 55438-0902
517435769     EDI: GMACFS.COM Aug 09 2019 03:38:00      Ally Financial,    200 Renaissance Ctr,
               Detroit, MI 48243-1300
517435770     EDI: AMEREXPR.COM Aug 09 2019 03:38:00      Amex,    Correspondence,   PO Box 981540,
               El Paso, TX 79998-1540
517435771     EDI: AMEREXPR.COM Aug 09 2019 03:38:00      Amex,    PO Box 297871,
               Fort Lauderdale, FL 33329-7871
517435772     EDI: CITICORP.COM Aug 09 2019 03:38:00      At&T Universal Citi Card,    PO Box 6500,
               Sioux Falls, SD 57117-6500
517435776     EDI: BANKAMER.COM Aug 09 2019 03:38:00      Bk of Amer,    PO Box 982238,
               El Paso, TX 79998-2238
517435773     EDI: BANKAMER.COM Aug 09 2019 03:38:00      Bank of America,    NC4-105-03-14,   PO Box 26012,
               Greensboro, NC 27420-6012
517435774     EDI: TSYS2.COM Aug 09 2019 03:38:00      Barclays Bank Delaware,    100 S West St,
               Wilmington, DE 19801-5015
517435775     EDI: TSYS2.COM Aug 09 2019 03:38:00      Barclays Bank Delaware,    PO Box 8803,
               Wilmington, DE 19899-8803
517435778     EDI: CAPITALONE.COM Aug 09 2019 03:38:00      Capital One,    15000 Capital One Dr,
               Richmond, VA 23238-1119
517435777     EDI: CAPITALONE.COM Aug 09 2019 03:38:00      Capital One,
               Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517573550     EDI: BL-BECKET.COM Aug 09 2019 03:38:00      Capital One, N.A.,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
517435781     EDI: WFNNB.COM Aug 09 2019 03:38:00      Comenity Bank/Express,    Attn: Bankruptcy,
               PO Box 182125,    Columbus, OH 43218-2125
517435780     EDI: WFNNB.COM Aug 09 2019 03:38:00      Comenity Bank/Express,    PO Box 182789,
               Columbus, OH 43218-2789
517435782     EDI: WFNNB.COM Aug 09 2019 03:38:00      Comenity Bank/Mandees,    PO Box 182125,
               Columbus, OH 43218-2125
517435784    +EDI: CRFRSTNA.COM Aug 09 2019 03:38:00      Credit First N A,    6275 Eastland Rd,
               Brook Park, OH 44142-1399
517560557     EDI: CRFRSTNA.COM Aug 09 2019 03:38:00      Credit First NA,    PO Box 818011,
               Cleveland, OH 44181-8011
517435785     EDI: CRFRSTNA.COM Aug 09 2019 03:38:00      Credit First National Assoc,
               Attn: BK Credit Operations,    PO Box 81315,    Cleveland, OH 44181-0315
517435786     EDI: RCSFNBMARIN.COM Aug 09 2019 03:38:00      Credit One Bank NA,    PO Box 98873,
               Las Vegas, NV 89193-8873
517435787     EDI: RCSFNBMARIN.COM Aug 09 2019 03:38:00      Credit One Bank NA,    PO Box 98875,
               Las Vegas, NV 89193-8875
517435789     EDI: NAVIENTFKASMDOE.COM Aug 09 2019 03:38:00      Dept of Ed/Navient,    Attn: Claims Dept,
               PO Box 9635,    Wilkes Barre, PA 18773-9635
```

```
District/off: 0312-3          User: admin              Page 2 of 3               Date Rcvd: Aug 08, 2019
                              Form ID: 148             Total Noticed: 78


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517435788      EDI: NAVIENTFKASMDOE.COM Aug 09 2019 03:38:00      Dept of Ed/Navient,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
517435790      EDI: TSYS2.COM Aug 09 2019 03:38:00      Dsnb Macys,    PO Box 8218,    Mason, OH 45040-8218
517435792      EDI: IRS.COM Aug 09 2019 03:38:00      Internal Revenue Service,    PO Box 7346,
                 Special Procedures Branch, Bky Sec.,    Philadelphia, PA 19101-7346
517435794      E-mail/Text: bncnotices@becket-lee.com Aug 09 2019 00:01:56      Kohls/Capital One,
                 Kohls Credit,    PO Box 3043,    Milwaukee, WI 53201-3043
517435795     +E-mail/Text: bncnotices@becket-lee.com Aug 09 2019 00:01:56      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517585658      EDI: RESURGENT.COM Aug 09 2019 03:38:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517585660      EDI: RESURGENT.COM Aug 09 2019 03:38:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517583539     +EDI: MID8.COM Aug 09 2019 03:38:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517585849      EDI: NAVIENTFKASMSERV.COM Aug 09 2019 03:38:00      Navient Solutions, LLC. on behalf of,
                 Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
517547953      EDI: PRA.COM Aug 09 2019 03:38:00      Portfolio Recovery Associates, LLC,    c/o Carnival,
                 POB 41067,    Norfolk VA 23541
517569118      EDI: PRA.COM Aug 09 2019 03:38:00      Portfolio Recovery Associates, LLC,    c/o PC Richard,
                 POB 41067,    Norfolk VA 23541
517574322      EDI: Q3G.COM Aug 09 2019 03:38:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
517569474      EDI: Q3G.COM Aug 09 2019 03:38:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517435797      EDI: SEARS.COM Aug 09 2019 03:38:00      Sears/Cbna,    PO Box 6283,
                 Sioux Falls, SD 57117-6283
517435798     +E-mail/Text: jennifer.chacon@spservicing.com Aug 09 2019 00:03:36
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
517435802      EDI: RMSC.COM Aug 09 2019 03:38:00      Syncb/Old Navy,    PO Box 965005,
                 Orlando, FL 32896-5005
517435803      EDI: RMSC.COM Aug 09 2019 03:38:00      Syncb/Pc Richard,    C/o,    PO Box 965036,
                 Orlando, FL 32896-5036
517435805      EDI: RMSC.COM Aug 09 2019 03:38:00      Syncb/Walmart,    PO Box 965024,
                 Orlando, FL 32896-5024
517435800      EDI: RMSC.COM Aug 09 2019 03:38:00      Syncb/jc Penney Dc,    PO Box 965007,
                 Orlando, FL 32896-5007
517435801      EDI: RMSC.COM Aug 09 2019 03:38:00      Syncb/lowes,    PO Box 965005,    Orlando, FL 32896-5005
517435804      EDI: RMSC.COM Aug 09 2019 03:38:00      Syncb/tjx Cos,    PO Box 965005,
                 Orlando, FL 32896-5005
517437915     +EDI: RMSC.COM Aug 09 2019 03:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517577785     +EDI: RMSC.COM Aug 09 2019 03:38:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
517435806      EDI: RMSC.COM Aug 09 2019 03:38:00      Synchrony Bank/ Jc Penney,    Attn: Bankruptcy,
                 PO Box 965060,    Orlando, FL 32896-5060
517435807      EDI: RMSC.COM Aug 09 2019 03:38:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                 PO Box 965060,    Orlando, FL 32896-5060
517435808      EDI: RMSC.COM Aug 09 2019 03:38:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 PO Box 965060,    Orlando, FL 32896-5060
517435809      EDI: RMSC.COM Aug 09 2019 03:38:00      Synchrony Bank/Pc Richards & Sons,    Attn: Bankruptcy,
                 PO Box 965060,    Orlando, FL 32896-5060
517435810      EDI: RMSC.COM Aug 09 2019 03:38:00      Synchrony Bank/Tjx,    Attn: Bankruptcy,    PO Box 965060,
                 Orlando, FL 32896-5060
517435811      EDI: RMSC.COM Aug 09 2019 03:38:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 PO Box 965060,    Orlando, FL 32896-5060
517435816      EDI: TFSR.COM Aug 09 2019 03:38:00      Toyota Motor Credit Co,    Toyota Financial Services,
                 PO Box 8026,    Cedar Rapids, IA 52408-8026
517435812      EDI: WTRRNBANK.COM Aug 09 2019 03:38:00      Target,    C/O Financial & Retail Srvs Mailstopn BT,
                 PO Box 9475,    Minneapolis, MN 55440-9475
517435813      EDI: WTRRNBANK.COM Aug 09 2019 03:38:00      Target Nb,    PO Box 673,
                 Minneapolis, MN 55440-0673
517435814     +EDI: TDBANKNORTH.COM Aug 09 2019 03:38:00      Td Bank N.A.,    1100 Lake St,
                 Ramsey, NJ 07446-1275
517435815      EDI: TFSR.COM Aug 09 2019 03:38:00      Toyota Motor Credit,    PO Box 9786,
                 Cedar Rapids, IA 52409-0004
517435817      EDI: CITICORP.COM Aug 09 2019 03:38:00      Unvl/citi,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
517435819     +EDI: VERIZONCOMB.COM Aug 09 2019 03:38:00      Verizon,
                 Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
517570223     +EDI: AIS.COM Aug 09 2019 03:38:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517435818      EDI: VERIZONCOMB.COM Aug 09 2019 03:38:00      Verizon,    500 Technology Dr,
                 Weldon Spring, MO 63304-2225
```

```
District/off: 0312-3          User: admin                Page 3 of 3                  Date Rcvd: Aug 08, 2019
                              Form ID: 148               Total Noticed: 78
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517435821          EDI: WFFC.COM Aug 09 2019 03:38:00      Wells Fargo Bank,   PO Box 10438,
                   Des Moines, IA   50306-0438
517435822         +EDI: WFFC.COM Aug 09 2019 03:38:00      Wells Fargo Bank, NA,
                   3476 Stateview Blvd, MAC# X7801-013,   Fort Mill, SC 29715-7200
                                                                                              TOTAL: 66

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517588818*         Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:
```
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Thomas   Sabo bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Loss Mitigation    Select Portfolio Servicing
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```