| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Albert Russo<br>CN 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on August 7, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Thomas Sabo<br><br><br><br><br>Debtor(s) | Case No.: 18-16700 / MBK<br><br>Chapter 13<br><br>Hearing Date: 07/23/2019  at 9:00 AM<br><br>Judge: Michael B. Kaplan |

## CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 7, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas Sabo  
     Debtor

Case No. 18-16700-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 08, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2019.  
db        Thomas Sabo,    3419 Quaker St,    Wall, NJ    07719-4738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:  
          Albert Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com  
          Albert Russo   docs@russotrustee.com  
          Daniel E. Straffi   on behalf of Debtor Thomas  Sabo bktrustee@straffilaw.com,  
     G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
          Denise E. Carlon   on behalf of Loss Mitigation   Select Portfolio Servicing  
     dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Denise E. Carlon   on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...  
     dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Rebecca Ann Solarz   on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...  
     rsolarz@kmllawgroup.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                               TOTAL: 7