| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>STANDING CHAPTER 13 TRUSTEE<br>In Re:<br><br>**THOMAS SABO**<br><br>Debtor | Case No: 18-16700 MBK<br><br>Chapter 13<br><br>Hearing Date: 8/6/19<br><br>Judge Michael B. Kaplan |

# CERTIFICATION IN SUPPORT OF ORDER VACATING ORDER OF DISMISSAL

Erik D. Collazo, Staff Attorney for Albert Russo, Standing Chapter 13 Trustee, hereby certifies as follows:

1. I am Staff Attorney for Albert Russo, Standing Chapter 13 Trustee and familiar with the facts of the above matter.

2. The Honorable Michael B. Kaplan dismissed debtor's case on the Trustee's Motion to Dismiss on 8/6/19 with a condition that the case could be reinstated without a motion if debtor submitted funds to cure plan arrears within 14 days.

3. Debtor's payments have posted in the case and the Trustee does not object to reinstatement of the case.

I hereby certify that the information contained in this Certification is true and correct to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 9/12/19

/s/ *Erik D. Collazo*
Albert Russo, Standing Chapter 13 Trustee
By: Erik D. Collazo, Esquire