Form 149 – ntcvaco

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−16700−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas Sabo
   3419 Quaker St
   Wall, NJ 07719−4738

Social Security No.:
   xxx−xx−4089

Employer's Tax I.D. No.:

**NOTICE OF ORDER VACATING
AN ORDER OF DISMISSAL**

    NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 8/7/2019 has been vacated effective 9/13/2019.

Dated: September 13, 2019
JAN: wir

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-16700-MBK
Thomas Sabo                                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 3           Date Rcvd: Sep 13, 2019
                              Form ID: 149               Total Noticed: 77

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
```
db              Thomas Sabo,    3419 Quaker St,    Wall, NJ  07719-4738
517435771       Amex,    PO Box 297871,    Fort Lauderdale, FL  33329-7871
517435770       Amex,    Correspondence,    PO Box 981540,    El Paso, TX  79998-1540
517435772       At&T Universal Citi Card,    PO Box 6500,    Sioux Falls, SD  57117-6500
517435776      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk of Amer,    PO Box 982238,    El Paso, TX  79998-2238)
517435774       Barclays Bank Delaware,    100 S West St,    Wilmington, DE  19801-5015
517435775       Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE  19899-8803
517573550       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517435779       Citi,    PO Box 6190,    Sioux Falls, SD  57117-6190
517435783       Costco Go Anywhere Citicard,    Centralized Bk/Citicorp Credit Card Srvs,    PO Box 790040,
                 Saint Louis, MO  63179-0040
517435784      +Credit First N A,    6275 Eastland Rd,    Brook Park, OH  44142-1399
517560557       Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
517435785       Credit First National Assoc,    Attn: BK Credit Operations,    PO Box 81315,
                 Cleveland, OH  44181-0315
517549828      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517984283       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
517435790       Dsnb Macys,    PO Box 8218,    Mason, OH  45040-8218
517435791       Homeprjvisa,    Des Moines, IA  50306
517435793       KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
517589519      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
517435797       Sears/Cbna,    PO Box 6283,    Sioux Falls, SD  57117-6283
517435799      +State of NJ Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
517435816      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Co,    Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA  52408-8026)
517435812       Target,    C/O Financial & Retail Srvs Mailstopn BT,    PO Box 9475,
                 Minneapolis, MN  55440-9475
517435813       Target Nb,    PO Box 673,    Minneapolis, MN  55440-0673
517435815       Toyota Motor Credit,    PO Box 9786,    Cedar Rapids, IA  52409-0004
517525985      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517435817       Unvl/citi,    PO Box 6241,    Sioux Falls, SD  57117-6241
517435820       Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
                 Mason, OH  45040-8053
517435821       Wells Fargo Bank,    PO Box 10438,    Des Moines, IA  50306-0438
517435822      +Wells Fargo Bank, NA,    3476 Stateview Blvd, MAC# X7801-013,    Fort Mill, SC 29715-7200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 13 2019 23:34:12      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 13 2019 23:34:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm             +E-mail/Text: jennifer.chacon@spservicing.com Sep 13 2019 23:34:40
                 Select Portfolio Servicing,    3217 Decker Lake Drive,    Salt Lake City, UT 84119-3284
517462262       E-mail/Text: ally@ebn.phinsolutions.com Sep 13 2019 23:31:32      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
517435767       E-mail/Text: ally@ebn.phinsolutions.com Sep 13 2019 23:31:32      Ally Financial,
                 Attn: Bankruptcy,    PO Box 380901,    Bloomington, MN  55438-0901
517435768       E-mail/Text: ally@ebn.phinsolutions.com Sep 13 2019 23:31:32      Ally Financial,
                 PO Box 380902,    Bloomington, MN  55438-0902
517435769       E-mail/Text: ally@ebn.phinsolutions.com Sep 13 2019 23:31:32      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI  48243-1300
517435778       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 13 2019 23:38:21      Capital One,
                 15000 Capital One Dr,    Richmond, VA  23238-1119
517435777       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 13 2019 23:37:58      Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
517435781       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 13 2019 23:34:03      Comenity Bank/Express,
                 Attn: Bankruptcy,    PO Box 182125,    Columbus, OH  43218-2125
517435780       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 13 2019 23:34:03      Comenity Bank/Express,
                 PO Box 182789,    Columbus, OH  43218-2789
517435782       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 13 2019 23:34:03      Comenity Bank/Mandees,
                 PO Box 182125,    Columbus, OH  43218-2125
517435786       E-mail/PDF: creditonebknotifications@resurgent.com Sep 13 2019 23:38:23      Credit One Bank NA,
                 PO Box 98873,    Las Vegas, NV  89193-8873
517435787       E-mail/PDF: creditonebknotifications@resurgent.com Sep 13 2019 23:38:02      Credit One Bank NA,
                 PO Box 98875,    Las Vegas, NV  89193-8875
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Sep 13, 2019
                              Form ID: 149             Total Noticed: 77


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517435789      E-mail/PDF: pa_dc_ed@navient.com Sep 13 2019 23:38:00      Dept of Ed/Navient,
               Attn: Claims Dept,    PO Box 9635,   Wilkes Barre, PA  18773-9635
517435788      E-mail/PDF: pa_dc_ed@navient.com Sep 13 2019 23:38:22      Dept of Ed/Navient,    PO Box 9635,
               Wilkes Barre, PA  18773-9635
517435792      E-mail/Text: cio.bncmail@irs.gov Sep 13 2019 23:33:51       Internal Revenue Service,
               PO Box 7346,    Special Procedures Branch, Bky Sec.,    Philadelphia, PA  19101-7346
517435794      E-mail/Text: bncnotices@becket-lee.com Sep 13 2019 23:33:45       Kohls/Capital One,
               Kohls Credit,    PO Box 3043,   Milwaukee, WI  53201-3043
517435795     +E-mail/Text: bncnotices@becket-lee.com Sep 13 2019 23:33:46       Kohls/capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517585658      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2019 23:38:04
               LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
               FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517585660      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2019 23:37:42
               LVNV Funding, LLC its successors and assigns as,     assignee of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517583539     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 13 2019 23:34:09       MIDLAND FUNDING LLC,
               PO Box 2011,    Warren, MI 48090-2011
517435796      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 13 2019 23:34:03        Mandees,
               401 Hackensack Ave,    Hackensack, NJ  07601-6411
517585849      E-mail/PDF: pa_dc_claims@navient.com Sep 13 2019 23:38:25
               Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
               Wilkes-Barre, PA 18773-9635
517547953      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2019 23:38:00
               Portfolio Recovery Associates, LLC,    c/o Carnival,    POB 41067,   Norfolk VA 23541
517569118      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2019 23:49:00
               Portfolio Recovery Associates, LLC,    c/o PC Richard,    POB 41067,   Norfolk VA 23541
517574322      E-mail/Text: bnc-quantum@quantum3group.com Sep 13 2019 23:34:06
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
517569474      E-mail/Text: bnc-quantum@quantum3group.com Sep 13 2019 23:34:06
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
517435798     +E-mail/Text: jennifer.chacon@spservicing.com Sep 13 2019 23:34:40
               Select Portfolio  Servicing,   PO Box 65250,   Salt Lake City, UT 84165-0250
517435802      E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2019 23:37:56       Syncb/Old Navy,    PO Box 965005,
               Orlando, FL  32896-5005
517435803      E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2019 23:38:19       Syncb/Pc Richard,    C/o,
               PO Box 965036,    Orlando, FL  32896-5036
517435805      E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2019 23:38:19       Syncb/Walmart,    PO Box 965024,
               Orlando, FL  32896-5024
517435800      E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2019 23:38:19       Syncb/jc Penney Dc,
               PO Box 965007,    Orlando, FL  32896-5007
517435801      E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2019 23:38:19       Syncb/lowes,    PO Box 965005,
               Orlando, FL  32896-5005
517435804      E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2019 23:38:19       Syncb/tjx Cos,    PO Box 965005,
               Orlando, FL  32896-5005
517437915     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2019 23:38:19       Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517577785     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2019 23:38:19       Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517435806      E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2019 23:38:21       Synchrony Bank/ Jc Penney,
               Attn: Bankruptcy,    PO Box 965060,   Orlando, FL  32896-5060
517435807      E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2019 23:37:57       Synchrony Bank/ Old Navy,
               Attn: Bankruptcy,    PO Box 965060,   Orlando, FL  32896-5060
517435808      E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2019 23:38:19       Synchrony Bank/Lowes,
               Attn: Bankruptcy,    PO Box 965060,   Orlando, FL  32896-5060
517435809      E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2019 23:37:56       Synchrony Bank/Pc Richards & Sons,
               Attn: Bankruptcy,    PO Box 965060,   Orlando, FL  32896-5060
517435810      E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2019 23:37:57       Synchrony Bank/Tjx,
               Attn: Bankruptcy,    PO Box 965060,   Orlando, FL  32896-5060
517435811      E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2019 23:38:21       Synchrony Bank/Walmart,
               Attn: Bankruptcy,    PO Box 965060,   Orlando, FL  32896-5060
517435814     +E-mail/Text: bankruptcy@td.com Sep 13 2019 23:34:13       Td Bank N.A.,   1100 Lake St,
               Ramsey, NJ 07446-1275
517435819     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 13 2019 23:31:26
               Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
               Weldon Springs, MO 63304-2225
517570223     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 13 2019 23:38:03       Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517435818      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 13 2019 23:31:26
               Verizon,    500 Technology Dr,   Weldon Spring, MO  63304-2225
                                                                                               TOTAL: 47

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-3           User: admin              Page 3 of 3                  Date Rcvd: Sep 13, 2019
                               Form ID: 149             Total Noticed: 77

517588818*       Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
517435773        ##Bank of America,    NC4-105-03-14,    PO Box 26012,   Greensboro, NC  27420-6012
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Thomas   Sabo bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Loss Mitigation   Select Portfolio Servicing
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee, et al...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as Trustee, et al...
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7