| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-16700 / MBK**

| | |
|---|---|
| Thomas Sabo | Petition Filed Date: 04/04/2018 |
| 3419 Quaker St | 341 Hearing Date: 05/10/2018 |
| Wall  NJ  07719-4738 | Confirmation Date: 12/11/2018 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $500.00 | ePay | 01/25/2019 | ($500.00) | ePay | 02/05/2019 | $500.00 | 537987060 |
| 03/06/2019 | $500.00 | TFS | 03/13/2019 | $500.00 | TFS | 04/15/2019 | $500.00 | TFS |
| 05/13/2019 | $500.00 | TFS | 06/13/2019 | $500.00 | TFS | 07/17/2019 | $500.00 | TFS |
| 08/19/2019 | $9,992.00 | TFS | 08/22/2019 | $2,500.00 | TFS | 10/03/2019 | $2,281.00 | TFS |
| 10/15/2019 | $2,281.00 | TFS | 11/12/2019 | $2,281.00 | TFS | 12/11/2019 | $2,281.00 | TFS |

**Total Receipts for Period: $25,116.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $31,897.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Thomas Sabo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| | Daniel Straffi, Esq. | Attorney Fees | $3,430.00 | $3,430.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2015-2017 | Priority Creditors | $14,489.89 | $0.00 | $14,489.89 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $819.82 | $0.00 | $819.82 |
| 3 | ALLY CAPITAL<br>»»  2014 NISSAN QX60 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»»  2010 COROLLA | Debt Secured by Vehicle | $225.20 | $69.26 | $155.94 |
| | Daniel Straffi, Esq.<br>»»  ORDER 5/16/18 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS/CARNIVAL | Unsecured Creditors | $2,180.31 | $0.00 | $2,180.31 |
| 6 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACYS | Unsecured Creditors | $1,093.45 | $0.00 | $1,093.45 |
| 7 | CREDIT FIRST NA<br>»»  FIRESTONE | Unsecured Creditors | $684.10 | $0.00 | $684.10 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/PC RICHARD | Unsecured Creditors | $1,409.82 | $0.00 | $1,409.82 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  SYNCHRONY/WALMART | Unsecured Creditors | $672.99 | $0.00 | $672.99 |
| 10 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $209.62 | $0.00 | $209.62 |
| 11 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $203.96 | $0.00 | $203.96 |

**Chapter 13 Case No. 18-16700 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | QUANTUM3 GROUP LLC<br>»» EXPRESS | Unsecured Creditors | $640.34 | $0.00 | $640.34 |
| 13 | SYNCHRONY BANK<br>»» LOWES | Unsecured Creditors | $128.71 | $0.00 | $128.71 |
| 14 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE/RCS DIRECT | Unsecured Creditors | $944.19 | $0.00 | $944.19 |
| 15 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $734.96 | $0.00 | $734.96 |
| 16 | LVNV FUNDING LLC<br>»» MHC/FNBM/CREDIT ONE | Unsecured Creditors | $2,084.61 | $0.00 | $2,084.61 |
| 17 | LVNV FUNDING LLC<br>»» CITIBANK/COSTCO | Unsecured Creditors | $6,380.29 | $0.00 | $6,380.29 |
| 18 | LVNV FUNDING LLC<br>»» MHC/FNBM/CREDIT ONE | Unsecured Creditors | $585.97 | $0.00 | $585.97 |
| 19 | NAVIENT SOLUTIONS, LLC<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 20 | US BANK NATIONAL ASSOCIATION<br>»» P/3419 QUAKER ST/1ST MTG | Mortgage Arrears | $72,377.65 | $23,839.26 | $48,538.39 |
| 21 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2015-2017 | Priority Crediors | $1,339.73 | $0.00 | $1,339.73 |
| 22 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2015-2016 RF | Unsecured Creditors | $133.99 | $0.00 | $133.99 |
| 23 | Wells Fargo Bank, NA<br>»» P\3419 QUAKER ST\2ND MRTG/CRAM TO $0 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 24 | US BANK NATIONAL ASSOCIATION<br>»» 3419 QUAKER ST/ORDER 1/30/20 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/10/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,897.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $27,869.52 | Current Monthly Payment: | $2,281.00 |
| Paid to Trustee: | $1,905.79 | Arrearages: | $4,037.00 |
| Funds on Hand: | $2,121.69 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**