Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−16700−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas Sabo
   3419 Quaker St
   Wall, NJ 07719−4738

Social Security No.:
   xxx−xx−4089

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       11/4/20
Time:       01:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Daniel E. Straffi, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,750.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 13, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Thomas Sabo  
    Debtor(s)

Case No. 18-16700-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Oct 13, 2020      Form ID: 137      Total Noticed: 75

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Thomas Sabo, 3419 Quaker St, Wall, NJ 07719-4738 |
| 517435771 | | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517435770 | | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 517435772 | | At&T Universal Citi Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517435776 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk of Amer, PO Box 982238, El Paso, TX 79998-2238 |
| 517435774 | | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517435775 | | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 517573550 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517435779 | | Citi, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 517435783 | | Costco Go Anywhere Citicard, Centralized Bk/Citicorp Credit Card Srvs, PO Box 790040, Saint Louis, MO 63179-0040 |
| 517435784 | + | Credit First N A, 6275 Eastland Rd, Brook Park, OH 44142-1399 |
| 517560557 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 517435785 | | Credit First National Assoc, Attn: BK Credit Operations, PO Box 81315, Cleveland, OH 44181-0315 |
| 517549828 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517435791 | | Homeprjvisa, Des Moines, IA 50306 |
| 517435793 | # | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 517589519 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517435797 | | Sears/Cbna, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 517435799 | + | State of NJ Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 517435816 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 517435812 | | Target, C/O Financial & Retail Srvs Mailstopn BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 517435813 | | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 517435815 | | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 517525985 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517435817 | | Unvl/citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517435821 | | Wells Fargo Bank, PO Box 10438, Des Moines, IA 50306-0438 |
| 517435822 | + | Wells Fargo Bank, NA, 3476 Stateview Blvd, MAC# X7801-013, Fort Mill, SC 29715-7200 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 13 2020 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2020 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark |

Case 18-16700-MBK    Doc 51    Filed 10/15/20    Entered 10/16/20 00:40:56    Desc Imaged
                          Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2020 | Form ID: 137 | Total Noticed: 75 |

| | | | |
|---|---|---|---|
| lm | + Email/Text: jennifer.chacon@spservicing.com | | Center, Suite 2100, Newark, NJ 07102-5235 |
| | | Oct 13 2020 20:31:00 | Select Portfolio Servicing, 3217 Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 517462262 | Email/Text: ally@ebn.phinsolutions.com | Oct 13 2020 20:28:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517435767 | Email/Text: ally@ebn.phinsolutions.com | Oct 13 2020 20:28:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 517435768 | Email/Text: ally@ebn.phinsolutions.com | Oct 13 2020 20:28:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 517435769 | Email/Text: ally@ebn.phinsolutions.com | Oct 13 2020 20:28:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 517435778 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2020 21:01:36 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 517435777 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2020 21:01:36 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517435781 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2020 20:29:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 517435780 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2020 20:29:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 517435782 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2020 20:29:00 | Comenity Bank/Mandees, PO Box 182125, Columbus, OH 43218-2125 |
| 517435786 | Email/PDF: creditonebknotifications@resurgent.com | Oct 13 2020 21:01:19 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517435787 | Email/PDF: creditonebknotifications@resurgent.com | Oct 13 2020 21:01:38 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517984283 | Email/Text: bnc-quantum@quantum3group.com | Oct 13 2020 20:29:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517435788 | Email/PDF: pa_dc_ed@navient.com | Oct 13 2020 21:02:01 | Dept of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517435789 | Email/PDF: pa_dc_ed@navient.com | Oct 13 2020 21:01:40 | Dept of Ed/Navient, Attn: Claims Dept, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517435792 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 13 2020 20:29:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 517435794 | Email/Text: PBNCNotifications@peritusservices.com | Oct 13 2020 20:28:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 517435795 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 13 2020 20:28:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 517585658 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2020 21:01:43 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517585660 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2020 21:02:03 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517583539 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2020 20:30:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517435796 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2020 20:29:00 | Mandees, 401 Hackensack Ave, Hackensack, NJ 07601-6411 |
| 517585849 | Email/PDF: pa_dc_claims@navient.com | Oct 13 2020 21:01:20 | Navient Solutions, LLC. on behalf of, Department |

Case 18-16700-MBK    Doc 51    Filed 10/15/20    Entered 10/16/20 00:40:56    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2020 | Form ID: 137 | Total Noticed: 75 |

| | | | | |
|---|---|---|---|---|
| | | | | of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517547953 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2020 21:02:00 | Portfolio Recovery Associates, LLC, c/o Carnival, POB 41067, Norfolk VA 23541 |
| 517569118 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2020 21:01:39 | Portfolio Recovery Associates, LLC, c/o PC Richard, POB 41067, Norfolk VA 23541 |
| 517569474 | | Email/Text: bnc-quantum@quantum3group.com | Oct 13 2020 20:29:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517574322 | | Email/Text: bnc-quantum@quantum3group.com | Oct 13 2020 20:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517435798 | + | Email/Text: jennifer.chacon@spservicing.com | Oct 13 2020 20:31:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517435802 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2020 21:01:11 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 517435803 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2020 21:01:51 | Syncb/Pc Richard, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 517435805 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2020 21:01:51 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 517435800 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2020 21:01:51 | Syncb/jc Penney Dc, PO Box 965007, Orlando, FL 32896-5007 |
| 517435801 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2020 21:01:51 | Syncb/lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 517435804 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2020 21:01:30 | Syncb/tjx Cos, PO Box 965005, Orlando, FL 32896-5005 |
| 517577785 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2020 21:01:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517437915 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2020 21:01:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517435806 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2020 21:01:30 | Synchrony Bank/ Jc Penney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435807 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2020 21:01:51 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435808 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2020 21:01:51 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435809 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2020 21:01:30 | Synchrony Bank/Pc Richards & Sons, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435810 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2020 21:01:51 | Synchrony Bank/Tjx, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435811 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2020 21:01:51 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435814 | + | Email/Text: bankruptcy@td.com | Oct 13 2020 20:30:00 | Td Bank N.A., 1100 Lake St, Ramsey, NJ 07446-1275 |
| 517435818 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 13 2020 20:28:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 517570223 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 13 2020 21:01:25 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517435819 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 13 2020 20:28:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2020 | Form ID: 137 | Total Noticed: 75 |

Springs, MO 63304-2225

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517435790 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Dsnb Macys, PO Box 8218, Mason, OH 45040-8218 |
| 517435820 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 517588818 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 517435773 | ## | Bank of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Thomas Sabo bktrustee@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Loss Mitigation Select Portfolio Servicing dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association  as Trustee, et al... rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8