Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–16700–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Thomas Sabo
    3419 Quaker St
    Wall, NJ 07719–4738
Social Security No.:
    xxx–xx–4089
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 11/17/20 at 09:00 AM

to consider and act upon the following:

*49* – Creditor's Certification of Default (related document:44 Motion for Relief from Stay re: 3419 Quaker St, Wall NJ 07719. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, as Trustee, et al..., Motion for Relief from Co–Debtor Stay of Delphine Sabo, 45 Opposition filed by Debtor Thomas Sabo, 46 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005–4. Objection deadline is 10/23/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 10/22/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court