UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank Association, et al.

In Re:

Thomas Sabo,

Debtor.

Case No.:      18-16700-MBK

Chapter:      13

Hearing Date:      11/17/2020

Judge:      Kaplan

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled         ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 49)

_____

Date: 11/12/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*