| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Lavin, Cedrone, Graver, Boyd & DiSipio<br>1300 Route 73, Suite 307<br>Mt. Laurel, NJ 08054<br>(856) 778-5544<br>Attorneys for Ally Capital | |
| IN RE:<br><br>THOMAS SABO<br>           Debtor<br><br>DELPHINE SABO<br>           Co-Debtor | Case No. 18-16700(MBK)<br><br>Chapter 13<br><br>Hearing Date: June 23, 2021 at 9:00 a.m.<br><br>Judge:  Michael B. Kaplan |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified bellow has been:

■ Settled     ☐ Withdrawn

Matter:  Ally Capital's Motion for Relief from Stay and Co-debtor Stay

Date:   June 18, 2021                    /s/ Regina Cohen
                                          Signature

2254560v1