| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Lavin, Cedrone, Graver, Boyd & DiSipio<br>1300 Route 73, Suite 307<br>Mt. Laurel, NJ 08054<br>(856) 778-5544<br>Attorneys for Ally Capital | |
| IN RE:<br><br>THOMAS SABO<br><br>　　　　　　　Debtor | Case No. 18-16700(MBK)<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge:  Michael B. Kaplan |

# CERTIFICATION OF CONSENT
# REGARDING CONSENT ORDER

　　　　I certify that with respect to the Consent Order Resolving <u>Ally Capital's Motion for Relief from Stay and Co-Debtor Stay</u> submitted to the Court, the following conditions have been met:

　　　　(a)　　The terms of the consent order are identical to those set forth in the original consent order;

　　　　(b)　　The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

　　　　(c)　　I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

　　　　(d)　　I will make the original consent order available for inspection on request of the Court or any party in interest; and

<u>Final paragraph options</u>:

☐　　(e)　　*If submitting the consent order and this certification to the Court conventionally*, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

■　　(e)　　*If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date:　　June 24, 2021　　　　　　　　　　　　/s/ Regina Cohen_____
　　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney

2255660v1