| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Thomas Sabo<br><br><br>Debtor(s) | Case No.: 18-16700 / MBK<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 1/14/2022, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.


Dated:  1/14/2022                                                                      /s/  Kierstyn Buchanan

                                                                                              Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Thomas Sabo<br>3419 Quaker St<br>Wall, NJ  07719-4738 | Debtor(s) | Regular Mail |
| Daniel Straffi, Esq.<br>Straffi & Straffi<br>670 Commons Way, Bldg. 1<br>Toms River,  NJ  08755 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |