| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 18-16700 / MBK**

Thomas Sabo

Petition Filed Date: 04/04/2018
341 Hearing Date: 05/10/2018
Confirmation Date: 12/11/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/11/2021 | $2,281.00 | | 03/19/2021 | $6,525.00 | | 04/26/2021 | $2,281.00 | |
| 06/07/2021 | $2,289.00 | | 07/12/2021 | $2,300.00 | | 08/16/2021 | $2,280.00 | |
| 10/01/2021 | $2,300.00 | | 10/19/2021 | $2,300.00 | | 11/12/2021 | $2,300.00 | |
| 01/28/2022 | $9,800.00 | | | | | | | |

**Total Receipts for the Period: $34,656.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $89,363.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Thomas Sabo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel Straffi, Esq. | Attorney Fees | $3,430.00 | $3,430.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2015-2017 | Priority Creditors | $14,489.89 | $0.00 | $14,489.89 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $819.82 | $0.00 | $819.82 |
| 3 | ALLY CAPITAL<br>»» 2014 NISSAN QX60 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 2010 COROLLA | Debt Secured by Vehicle | $225.20 | $203.04 | $22.16 |
| 0 | Daniel Straffi, Esq.<br>»» ORDER 5/16/18 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS/CARNIVAL | Unsecured Creditors | $2,180.31 | $0.00 | $2,180.31 |
| 6 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $1,093.45 | $0.00 | $1,093.45 |
| 7 | CREDIT FIRST NA<br>»» FIRESTONE | Unsecured Creditors | $684.10 | $0.00 | $684.10 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/PC RICHARD | Unsecured Creditors | $1,409.82 | $0.00 | $1,409.82 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/WALMART | Unsecured Creditors | $672.99 | $0.00 | $672.99 |
| 10 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $209.62 | $0.00 | $209.62 |
| 11 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $203.96 | $0.00 | $203.96 |
| 12 | QUANTUM3 GROUP LLC<br>»» EXPRESS | Unsecured Creditors | $640.34 | $0.00 | $640.34 |

| | | | | | |
|---|---|---|---|---|---|
| 13 | SYNCHRONY BANK<br>»» LOWES | Unsecured Creditors | $128.71 | $0.00 | $128.71 |
| 14 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE/RCS DIRECT | Unsecured Creditors | $944.19 | $0.00 | $944.19 |
| 15 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $734.96 | $0.00 | $734.96 |
| 16 | LVNV FUNDING LLC<br>»» MHC/FNBM/CREDIT ONE | Unsecured Creditors | $2,084.61 | $0.00 | $2,084.61 |
| 17 | LVNV FUNDING LLC<br>»» CITIBANK/COSTCO | Unsecured Creditors | $6,380.29 | $0.00 | $6,380.29 |
| 18 | LVNV FUNDING LLC<br>»» MHC/FNBM/CREDIT ONE | Unsecured Creditors | $585.97 | $0.00 | $585.97 |
| 19 | NAVIENT SOLUTIONS, LLC<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 20 | US BANK NATIONAL ASSOCIATION<br>»» P/3419 QUAKER ST/1ST MTG | Mortgage Arrears | $72,377.65 | $67,356.26 | $5,021.39 |
| 21 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2015-2017 | Priority Crediors | $1,339.73 | $0.00 | $1,339.73 |
| 22 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2015-2016 RF | Unsecured Creditors | $133.99 | $0.00 | $133.99 |
| 23 | Wells Fargo Bank, NA<br>»» P\3419 QUAKER ST\2ND MRTG/CRAM TO $0 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 24 | US BANK NATIONAL ASSOCIATION<br>»» 3419 QUAKER ST/ORDER 1/30/20 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | Daniel Straffi, Esq.<br>»» ORDER 11/5/20 | Attorney Fees | $1,750.00 | $1,750.00 | $0.00 |
| 25 | US BANK NATIONAL ASSOCIATION<br>»» 3419 QUAKER ST/ATTY FEES 12/15/20 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 26 | US BANK NATIONAL ASSOCIATION<br>»» 3419 QUAKER ST/ATTY FEES 2/4/21 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $89,363.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $73,970.30 | Current Monthly Payment: | $2,350.00 |
| Paid to Trustee: | $6,409.36 | Arrearages: | $2,350.00 |
| Funds on Hand: | $8,983.34 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

**View your case information online for *FREE*!** Register today at www.ndc.org or scan this code to get started.

