UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, National Association, as Trustee , et al.

In Re:

Thomas Sabo,

Debtor.

Case No.:    18-16700-MBK

Chapter:    13

Hearing Date:    2/23/2022

Judge:    Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 72)

_____

Date: 2/18/2022            /s/ Denise Carlon
                                                             Signature

*rev.8/1/15*