Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−16700−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas Sabo
   3419 Quaker St
   Wall, NJ 07719−4738

Social Security No.:
   xxx−xx−4089

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 19, 2018.

On June 15, 2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:          July 27, 2022
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 16, 2022
JAN: wdr

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-16700-MBK

Thomas Sabo                                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                    Page 1 of 5
Date Rcvd: Jun 16, 2022                           Form ID: 185                                   Total Noticed: 79

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Thomas Sabo, 3419 Quaker St, Wall, NJ 07719-4738 |
| 517435791 | | Homeprjvisa, Des Moines, IA 50306 |
| 517435799 | + | State of NJ Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 517589519 | | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517435821 | | Wells Fargo Bank, PO Box 10438, Des Moines, IA 50306-0438 |
| 517435822 | + | Wells Fargo Bank, NA, 3476 Stateview Blvd, MAC# X7801-013, Fort Mill, SC 29715-7200 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 16 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ally@ebn.phinsolutions.com | Jun 16 2022 20:38:00 | Ally Capital, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| lm | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 16 2022 20:39:00 | Select Portfolio Servicing, 3217 Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 517462262 | | Email/Text: ally@ebn.phinsolutions.com | Jun 16 2022 20:38:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519260247 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 16 2022 20:43:51 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517435767 | | Email/Text: ally@ebn.phinsolutions.com | Jun 16 2022 20:38:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 517435768 | | Email/Text: ally@ebn.phinsolutions.com | Jun 16 2022 20:38:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 517435769 | | Email/Text: ally@ebn.phinsolutions.com | Jun 16 2022 20:38:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 517435771 | | Email/PDF: bncnotices@becket-lee.com | Jun 16 2022 20:44:30 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517435770 | | Email/PDF: bncnotices@becket-lee.com | Jun 16 2022 20:44:16 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 517435772 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2022 20:43:58 | At&T Universal Citi Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517435773 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |

Case 18-16700-MBK    Doc 96    Filed 06/18/22    Entered 06/19/22 00:14:23    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 16, 2022 | Form ID: 185 | Total Noticed: 79 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 16 2022 20:38:00 | Bank of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 517435775 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 16 2022 20:38:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 517435774 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 16 2022 20:38:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517435776 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 16 2022 20:38:00 | Bk of Amer, PO Box 982238, El Paso, TX 79998-2238 |
| 517435778 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2022 20:43:47 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 517435777 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2022 20:44:28 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517573550 | | Email/PDF: bncnotices@becket-lee.com | Jun 16 2022 20:44:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517435779 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2022 20:44:00 | Citi, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 517435781 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2022 20:38:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 517435780 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2022 20:38:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 517435782 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2022 20:38:00 | Comenity Bank/Mandees, PO Box 182125, Columbus, OH 43218-2125 |
| 517435783 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2022 20:43:58 | Costco Go Anywhere Citicard, Centralized Bk/Citicorp Credit Card Srvs, PO Box 790040, Saint Louis, MO 63179-0040 |
| 517435784 | + | Email/Text: BKPT@cfna.com | Jun 16 2022 20:38:00 | Credit First N A, 6275 Eastland Rd, Brook Park, OH 44142-1399 |
| 517560557 | | Email/Text: BKPT@cfna.com | Jun 16 2022 20:38:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 517435785 | | Email/Text: BKPT@cfna.com | Jun 16 2022 20:38:00 | Credit First National Assoc, Attn: BK Credit Operations, PO Box 81315, Cleveland, OH 44181-0315 |
| 517435786 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 16 2022 20:44:30 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517435787 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 16 2022 20:44:15 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517549828 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2022 20:43:58 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517435790 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2022 20:44:19 | Dsnb Macys, PO Box 8218, Mason, OH 45040-8218 |
| 517435820 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2022 20:44:33 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 517984283 | | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2022 20:39:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517435788 | | Email/PDF: pa_dc_ed@navient.com | Jun 16 2022 20:44:30 | Dept of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517435789 | | Email/PDF: pa_dc_ed@navient.com | Jun 16 2022 20:44:30 | Dept of Ed/Navient, Attn: Claims Dept, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517435792 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 16 2022 20:38:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517435794 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 16 2022 20:38:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 517435795 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 16 2022 20:38:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 517585658 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2022 20:44:17 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517585660 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2022 20:44:18 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517583539 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2022 20:39:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517435796 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2022 20:38:00 | Mandees, 401 Hackensack Ave, Hackensack, NJ 07601-6411 |
| 517585849 | | Email/PDF: pa_dc_ed@navient.com | Jun 16 2022 20:44:15 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517547953 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2022 20:43:54 | Portfolio Recovery Associates, LLC, c/o Carnival, POB 41067, Norfolk VA 23541 |
| 517569118 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2022 20:44:16 | Portfolio Recovery Associates, LLC, c/o PC Richard, POB 41067, Norfolk VA 23541 |
| 517569474 | | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2022 20:39:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517574322 | | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2022 20:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517435797 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2022 20:44:19 | Sears/Cbna, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 517435798 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 16 2022 20:39:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517435802 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:43:47 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 517435803 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:44:13 | Syncb/Pc Richard, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 517435805 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:44:14 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 517435800 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:43:48 | Syncb/jc Penney Dc, PO Box 965007, Orlando, FL 32896-5007 |
| 517435801 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:44:12 | Syncb/lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 517435804 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:44:14 | Syncb/tjx Cos, PO Box 965005, Orlando, FL 32896-5005 |
| 517577785 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:44:13 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517437915 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:44:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517435806 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:43:46 | Synchrony Bank/ Jc Penney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435807 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:44:13 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 965060, Orlando, FL 32896-5060 |
| 517435808 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:44:13 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435809 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:44:32 | Synchrony Bank/Pc Richards & Sons, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435810 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:43:52 | Synchrony Bank/Tjx, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435811 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:44:13 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435816 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 16 2022 20:38:00 | Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 517435812 | | Email/Text: bncmail@w-legal.com | Jun 16 2022 20:38:00 | Target, C/O Financial & Retail Srvs Mailstopn BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 517435813 | | Email/Text: bncmail@w-legal.com | Jun 16 2022 20:38:00 | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 517435814 | + | Email/Text: bankruptcy@td.com | Jun 16 2022 20:39:00 | Td Bank N.A., 1100 Lake St, Ramsey, NJ 07446-1275 |
| 517435815 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 16 2022 20:38:00 | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 517525985 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 16 2022 20:38:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517435817 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2022 20:44:00 | Unvl/citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517435818 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 16 2022 20:38:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 517570223 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 16 2022 20:44:17 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517435819 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 16 2022 20:38:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 73

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517588818 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 517435793 | ## | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Jun 16, 2022 | Form ID: 185 | Total Noticed: 79 |

Date: Jun 18, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Thomas Sabo bktrustee@straffilaw.com G25938@notify.cincompass.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Loss Mitigation Select Portfolio Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association as Trustee, et al... rsolarz@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9