Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

        Case No.:  18−16700−MBK  
        Chapter:  13  
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas Sabo  
   3419 Quaker St  
   Wall, NJ 07719−4738

Social Security No.:  
   xxx−xx−4089

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 27, 2022.

Dated: October 27, 2022  
JAN: dmi

                                                  Jeanne Naughton  
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-16700-MBK |
| Thomas Sabo | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Oct 27, 2022 | Form ID: plncf13 | Total Noticed: 81 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Thomas Sabo, 3419 Quaker St, Wall, NJ 07719-4738 |
| sp | + | Garrick Slavick, Esq., 8 Central Avenue, Island Heights, NJ 08732-7715 |
| r | + | Stephanie Liskowitz, Keller Williams Realty Spring Lake, 2005 Route 71, Spring Lake, NJ 07762-2214 |
| 517435791 | | Homeprjvisa, Des Moines, IA 50306 |
| 517435799 | + | State of NJ Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 517589519 | | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ally@ebn.phinsolutions.com | Oct 27 2022 20:39:00 | Ally Capital, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| lm | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 27 2022 20:40:00 | Select Portfolio Servicing, 3217 Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 517462262 | | Email/Text: ally@ebn.phinsolutions.com | Oct 27 2022 20:39:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519260247 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2022 20:43:56 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517435767 | | Email/Text: ally@ebn.phinsolutions.com | Oct 27 2022 20:39:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 517435768 | | Email/Text: ally@ebn.phinsolutions.com | Oct 27 2022 20:39:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 517435769 | | Email/Text: ally@ebn.phinsolutions.com | Oct 27 2022 20:39:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 517435771 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2022 20:44:22 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517435770 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2022 20:44:22 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 517435772 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 20:55:04 | At&T Universal Citi Card, PO Box 6500, Sioux |

Case 18-16700-MBK    Doc 113    Filed 10/29/22    Entered 10/30/22 00:17:37    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: plncf13 | Total Noticed: 81 |

| Recip ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 517435773 | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 27 2022 20:39:00 | Bank of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 517435775 | Email/Text: BarclaysBankDelaware@tsico.com | Oct 27 2022 20:39:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 517435774 | Email/Text: BarclaysBankDelaware@tsico.com | Oct 27 2022 20:39:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517435776 | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 27 2022 20:39:00 | Bk of Amer, PO Box 982238, El Paso, TX 79998-2238 |
| 517435778 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2022 20:43:43 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 517435777 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2022 20:44:34 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517573550 | Email/PDF: bncnotices@becket-lee.com | Oct 27 2022 20:44:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517435779 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 20:55:04 | Citi, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 517435781 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2022 20:40:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 517435780 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2022 20:40:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 517435782 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2022 20:40:00 | Comenity Bank/Mandees, PO Box 182125, Columbus, OH 43218-2125 |
| 517435783 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 20:44:40 | Costco Go Anywhere Citicard, Centralized Bk/Citicorp Credit Card Srvs, PO Box 790040, Saint Louis, MO 63179-0040 |
| 517435784 | + Email/Text: BKPT@cfna.com | Oct 27 2022 20:39:00 | Credit First N A, 6275 Eastland Rd, Brook Park, OH 44142-1399 |
| 517560557 | Email/Text: BKPT@cfna.com | Oct 27 2022 20:39:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 517435785 | Email/Text: BKPT@cfna.com | Oct 27 2022 20:39:00 | Credit First National Assoc, Attn: BK Credit Operations, PO Box 81315, Cleveland, OH 44181-0315 |
| 517435786 | Email/PDF: creditonebknotifications@resurgent.com | Oct 27 2022 20:44:00 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517435787 | Email/PDF: creditonebknotifications@resurgent.com | Oct 27 2022 20:44:22 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517549828 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 20:55:10 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517435790 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 20:55:05 | Dsnb Macys, PO Box 8218, Mason, OH 45040-8218 |
| 517435820 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 20:54:56 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 517984283 | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2022 20:40:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517435788 | Email/PDF: pa_dc_ed@navient.com | Oct 27 2022 20:44:22 | Dept of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517435789 | Email/PDF: pa_dc_ed@navient.com | Oct 27 2022 20:43:59 | Dept of Ed/Navient, Attn: Claims Dept, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517435792 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

Note: first row continues "Falls, SD 57117-6500" from previous page.

Case 18-16700-MBK    Doc 113    Filed 10/29/22    Entered 10/30/22 00:17:37    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: plncf13 | Total Noticed: 81 |

| | | | |
|---|---|---|---|
| | | Oct 27 2022 20:39:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 517435794 | Email/Text: PBNCNotifications@peritusservices.com | Oct 27 2022 20:39:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 517435795 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 27 2022 20:39:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 517585658 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 20:44:29 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517585660 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 20:44:40 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517583539 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 27 2022 20:40:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517435796 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2022 20:40:00 | Mandees, 401 Hackensack Ave, Hackensack, NJ 07601-6411 |
| 517585849 | Email/PDF: pa_dc_ed@navient.com | Oct 27 2022 20:44:22 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517547953 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2022 20:44:39 | Portfolio Recovery Associates, LLC, c/o Carnival, POB 41067, Norfolk VA 23541 |
| 517569118 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2022 20:44:37 | Portfolio Recovery Associates, LLC, c/o PC Richard, POB 41067, Norfolk VA 23541 |
| 517569474 | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2022 20:40:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517574322 | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2022 20:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517435797 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 20:54:57 | Sears/Cbna, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 517435798 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 27 2022 20:40:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517435802 | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 20:44:33 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 517435803 | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 20:44:18 | Syncb/Pc Richard, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 517435805 | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 20:43:49 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 517435800 | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 20:44:18 | Syncb/jc Penney Dc, PO Box 965007, Orlando, FL 32896-5007 |
| 517435801 | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 20:44:18 | Syncb/lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 517435804 | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 20:43:36 | Syncb/tjx Cos, PO Box 965005, Orlando, FL 32896-5005 |
| 517577785 | + Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 20:43:49 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517437915 | + Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 20:43:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517435806 | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 20:43:37 | Synchrony Bank/ Jc Penney, Attn: Bankruptcy, PO |

Case 18-16700-MBK    Doc 113    Filed 10/29/22    Entered 10/30/22 00:17:37    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: plncf13 | Total Noticed: 81 |

| | | | |
|---|---|---|---|
| | | | Box 965060, Orlando, FL 32896-5060 |
| 517435807 | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 20:44:12 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435808 | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 20:44:16 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435809 | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 20:44:12 | Synchrony Bank/Pc Richards & Sons, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435810 | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 20:44:35 | Synchrony Bank/Tjx, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435811 | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 20:43:40 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435816 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 27 2022 20:39:00 | Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 517435812 | Email/Text: bncmail@w-legal.com | Oct 27 2022 20:39:00 | Target, C/O Financial & Retail Srvs Mailstopn BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 517435813 | Email/Text: bncmail@w-legal.com | Oct 27 2022 20:39:00 | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 517435814 + | Email/Text: bankruptcy@td.com | Oct 27 2022 20:40:00 | Td Bank N.A., 1100 Lake St, Ramsey, NJ 07446-1275 |
| 517435815 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 27 2022 20:39:00 | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 517525985 + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 27 2022 20:39:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517435817 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 20:54:56 | Unvl/citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517435818 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 27 2022 20:39:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 517570223 + | Email/PDF: ebn_ais@aisinfo.com | Oct 27 2022 20:44:23 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517435819 + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 27 2022 20:39:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 517435821 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 27 2022 20:44:36 | Wells Fargo Bank, PO Box 10438, Des Moines, IA 50306-0438 |
| 517435822 + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 27 2022 20:44:18 | Wells Fargo Bank, NA, 3476 Stateview Blvd, MAC# X7801-013, Fort Mill, SC 29715-7200 |

TOTAL: 75

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517588818 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 517435793 | ## | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: plncf13 | Total Noticed: 81 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:**

**Name**          **Email Address**

Albert Russo
 on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
 docs@russotrustee.com

Brian C. Nicholas
 on behalf of Creditor U.S. Bank National Association as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-4 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Daniel E. Straffi
 on behalf of Debtor Thomas Sabo bktrustee@straffilaw.com G25938@notify.cincompass.com;bktrustee@straffilaw.com

Denise E. Carlon
 on behalf of Loss Mitigation Select Portfolio Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
 on behalf of Creditor U.S. Bank National Association as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
 on behalf of Creditor U.S. Bank National Association as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Regina Cohen
 on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9