**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Thomas Sabo | Social Security number or ITIN  xxx–xx–4089 |
| | First Name  Middle Name  Last Name | EIN  __–_____ |
| Debtor 2 | | Social Security number or ITIN  ____ |
| (Spouse, if filing) | First Name  Middle Name  Last Name | EIN  __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:  18–16700–MBK

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas Sabo

12/7/22                                                                              **By the court:** Michael B. Kaplan
                                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-16700-MBK |
| Thomas Sabo | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Dec 07, 2022 | Form ID: 3180W | Total Noticed: 81 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Thomas Sabo, 3419 Quaker St, Wall, NJ 07719-4738 |
| sp | + | Garrick Slavick, Esq., 8 Central Avenue, Island Heights, NJ 08732-7715 |
| r | + | Stephanie Liskowitz, Keller Williams Realty Spring Lake, 2005 Route 71, Spring Lake, NJ 07762-2214 |
| 517435791 | | Homeprjvisa, Des Moines, IA 50306 |
| 517435799 | + | State of NJ Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 517589519 | | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 07 2022 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 07 2022 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: GMACFS.COM | Dec 08 2022 01:48:00 | Ally Capital, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| lm | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 07 2022 20:53:00 | Select Portfolio Servicing, 3217 Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 517462262 | | EDI: GMACFS.COM | Dec 08 2022 01:48:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519260247 | + | EDI: AISACG.COM | Dec 08 2022 01:53:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517435767 | | EDI: GMACFS.COM | Dec 08 2022 01:48:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 517435768 | | EDI: GMACFS.COM | Dec 08 2022 01:48:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 517435769 | | EDI: GMACFS.COM | Dec 08 2022 01:48:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 517435771 | | Email/PDF: bncnotices@becket-lee.com | Dec 07 2022 21:04:30 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517435770 | | Email/PDF: bncnotices@becket-lee.com | Dec 07 2022 20:52:28 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 517435772 | | EDI: CITICORP.COM | Dec 08 2022 01:53:00 | At&T Universal Citi Card, PO Box 6500, Sioux |

Case 18-16700-MBK    Doc 120    Filed 12/09/22    Entered 12/10/22 00:13:52    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 07, 2022 | Form ID: 3180W | Total Noticed: 81 |

| | | | | |
|---|---|---|---|---|
| | | | | Falls, SD 57117-6500 |
| 517435773 | | EDI: BANKAMER.COM | Dec 08 2022 01:48:00 | Bank of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 517435775 | | EDI: TSYS2 | Dec 08 2022 01:53:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 517435774 | | EDI: TSYS2 | Dec 08 2022 01:53:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517435776 | | EDI: BANKAMER.COM | Dec 08 2022 01:48:00 | Bk of Amer, PO Box 982238, El Paso, TX 79998-2238 |
| 517435778 | | EDI: CAPITALONE.COM | Dec 08 2022 01:53:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 517435777 | | EDI: CAPITALONE.COM | Dec 08 2022 01:53:00 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517573550 | | Email/PDF: bncnotices@becket-lee.com | Dec 07 2022 21:04:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517435779 | | EDI: CITICORP.COM | Dec 08 2022 01:53:00 | Citi, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 517435781 | | EDI: WFNNB.COM | Dec 08 2022 01:53:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 517435780 | | EDI: WFNNB.COM | Dec 08 2022 01:53:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 517435782 | | EDI: WFNNB.COM | Dec 08 2022 01:53:00 | Comenity Bank/Mandees, PO Box 182125, Columbus, OH 43218-2125 |
| 517435783 | | EDI: CITICORP.COM | Dec 08 2022 01:53:00 | Costco Go Anywhere Citicard, Centralized Bk/Citicorp Credit Card Srvs, PO Box 790040, Saint Louis, MO 63179-0040 |
| 517435784 | + | EDI: CRFRSTNA.COM | Dec 08 2022 01:53:00 | Credit First N A, 6275 Eastland Rd, Brook Park, OH 44142-1399 |
| 517560557 | | EDI: CRFRSTNA.COM | Dec 08 2022 01:53:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 517435785 | | EDI: CRFRSTNA.COM | Dec 08 2022 01:53:00 | Credit First National Assoc, Attn: BK Credit Operations, PO Box 81315, Cleveland, OH 44181-0315 |
| 517435786 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 07 2022 20:52:21 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517435787 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 07 2022 20:51:51 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517549828 | + | EDI: CITICORP.COM | Dec 08 2022 01:53:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517435790 | + | EDI: CITICORP.COM | Dec 08 2022 01:53:00 | Dsnb Macys, PO Box 8218, Mason, OH 45040-8218 |
| 517435820 | + | EDI: CITICORP.COM | Dec 08 2022 01:53:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 517984283 | | EDI: Q3G.COM | Dec 08 2022 01:53:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517435788 | | EDI: NAVIENTFKASMDOE.COM | Dec 08 2022 01:53:00 | Dept of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517435789 | | EDI: NAVIENTFKASMDOE.COM | Dec 08 2022 01:53:00 | Dept of Ed/Navient, Attn: Claims Dept, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517435792 | | EDI: IRS.COM | | |

Case 18-16700-MBK    Doc 120    Filed 12/09/22    Entered 12/10/22 00:13:52    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 07, 2022 | Form ID: 3180W | Total Noticed: 81 |

| | | | |
|---|---|---|---|
| | | Dec 08 2022 01:53:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 517435794 | Email/Text: PBNCNotifications@peritusservices.com | Dec 07 2022 20:52:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 517435795 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 07 2022 20:52:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 517585658 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2022 21:04:25 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517585660 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2022 20:52:28 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517583539 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 07 2022 20:53:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517435796 | EDI: WFNNB.COM | Dec 08 2022 01:53:00 | Mandees, 401 Hackensack Ave, Hackensack, NJ 07601-6411 |
| 517585849 | EDI: NAVIENTFKASMDOE.COM | Dec 08 2022 01:53:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517547953 | EDI: PRA.COM | Dec 08 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o Carnival, POB 41067, Norfolk VA 23541 |
| 517569118 | EDI: PRA.COM | Dec 08 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o PC Richard, POB 41067, Norfolk VA 23541 |
| 517569474 | EDI: Q3G.COM | Dec 08 2022 01:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517574322 | EDI: Q3G.COM | Dec 08 2022 01:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517435797 | EDI: CITICORP.COM | Dec 08 2022 01:53:00 | Sears/Cbna, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 517435798 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 07 2022 20:53:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517435802 | EDI: RMSC.COM | Dec 08 2022 01:53:00 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 517435803 | EDI: RMSC.COM | Dec 08 2022 01:53:00 | Syncb/Pc Richard, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 517435805 | EDI: RMSC.COM | Dec 08 2022 01:53:00 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 517435800 | EDI: RMSC.COM | Dec 08 2022 01:53:00 | Syncb/jc Penney Dc, PO Box 965007, Orlando, FL 32896-5007 |
| 517435801 | EDI: RMSC.COM | Dec 08 2022 01:53:00 | Syncb/lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 517435804 | EDI: RMSC.COM | Dec 08 2022 01:53:00 | Syncb/tjx Cos, PO Box 965005, Orlando, FL 32896-5005 |
| 517577785 | + EDI: RMSC.COM | Dec 08 2022 01:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517437915 | + EDI: RMSC.COM | Dec 08 2022 01:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517435806 | EDI: RMSC.COM | Dec 08 2022 01:53:00 | Synchrony Bank/ Jc Penney, Attn: Bankruptcy, PO |

Case 18-16700-MBK    Doc 120    Filed 12/09/22    Entered 12/10/22 00:13:52    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 07, 2022 | Form ID: 3180W | Total Noticed: 81 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 965060, Orlando, FL 32896-5060 |
| 517435807 | | EDI: RMSC.COM | Dec 08 2022 01:53:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435808 | | EDI: RMSC.COM | Dec 08 2022 01:53:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435809 | | EDI: RMSC.COM | Dec 08 2022 01:53:00 | Synchrony Bank/Pc Richards & Sons, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435810 | | EDI: RMSC.COM | Dec 08 2022 01:53:00 | Synchrony Bank/Tjx, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435811 | | EDI: RMSC.COM | Dec 08 2022 01:53:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517435816 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 07 2022 20:53:00 | Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 517435812 | | EDI: WTRRNBANK.COM | Dec 08 2022 01:53:00 | Target, C/O Financial & Retail Srvs Mailstopn BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 517435813 | | EDI: WTRRNBANK.COM | Dec 08 2022 01:53:00 | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 517435814 | + | EDI: TDBANKNORTH.COM | Dec 08 2022 01:53:00 | Td Bank N.A., 1100 Lake St, Ramsey, NJ 07446-1275 |
| 517435815 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 07 2022 20:53:00 | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 517525985 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 07 2022 20:52:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517435817 | | EDI: CITICORP.COM | Dec 08 2022 01:53:00 | Unvl/citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517435818 | | EDI: VERIZONCOMB.COM | Dec 08 2022 01:53:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 517570223 | + | EDI: AIS.COM | Dec 08 2022 01:53:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517435819 | + | EDI: VERIZONCOMB.COM | Dec 08 2022 01:53:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 517435821 | | EDI: WFFC2 | Dec 08 2022 01:53:00 | Wells Fargo Bank, PO Box 10438, Des Moines, IA 50306-0438 |
| 517435822 | + | EDI: WFFC2 | Dec 08 2022 01:53:00 | Wells Fargo Bank, NA, 3476 Stateview Blvd, MAC# X7801-013, Fort Mill, SC 29715-7200 |

TOTAL: 75

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517588818 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 517435793 | ## | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0312-3 User: admin Page 5 of 5
Date Rcvd: Dec 07, 2022 Form ID: 3180W Total Noticed: 81

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2022   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2022 at the address(es) listed below:

**Name** **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Brian C. Nicholas
on behalf of Creditor U.S. Bank National Association as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-4 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Daniel E. Straffi
on behalf of Debtor Thomas Sabo bktrustee@straffilaw.com G25938@notify.cincompass.com

Denise E. Carlon
on behalf of Loss Mitigation Select Portfolio Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor U.S. Bank National Association as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor U.S. Bank National Association as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Regina Cohen
on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9